Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHWEST PIPE COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE PHOENIX INSURANCE COMPANY, a foreign insurer authorized by the Washington insurance commissioner, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurer authorized by the Washington insurance commissioner, and ALLIED WORLD NATIONAL ASSURANCE COMPANY, a foreign insurer authorized by the Washington insurance commissioner,<br><br>Defendants. | Case No.: 21-5652 BHS<br><br>**JOINT STATUS REPORT AND ORDER REGARDING SETTLEMENT AND DISMISSAL** |

TO:             The Clerk of the Court;

AND TO:      All Parties and their Counsel of Record.

On April 22, 2022, the parties filed a Notice of Conditional Settlement (the "Notice"), notifying this Court that any and all claims against all parties in this action have been conditionally resolved through settlement. The Court acknowledged the Notice and set a deadline of October 19, 2022 for the filing of dismissal papers. (Dkt. 31.)

JOINT STATUS REPORT AND ORDER REGARDING SETTLEMENT
AND DISMISSAL - 1
CASE NO.: 21-5652

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

As explained in the Notice, settlement of this insurance coverage action is conditioned upon full and final settlement of the underlying action captioned *Minako America Corporation v. County of Los Angeles, et al.*, Riverside County Superior Court Case No. RIC1816838, which requires approval by local governmental authorities, as well as the execution of a formal settlement agreement and mutual release resolving this insurance coverage action. Finalization of the underlying settlement agreement is taking longer than anticipated, with the parties to the underlying action recently stipulating to continue a settlement status hearing (*i.e.*, the underlying parties' effective deadline to finalize the settlement) until January 26, 2023. (See attached Exhibit A.) Because the settlement of this insurance coverage action cannot be finalized until the underlying settlement is finalized, the parties request that this Court continue the deadline to file dismissal papers to February 3, 2023.

Respectfully submitted this 13th day of October, 2022.

| BUCHALTER PC | LETHER LAW GROUP |
|---|---|
| /s/*Bradley Hoff* | /s/*Thomas Lether* |
| Bradley Hoff, WSBA #23974 | Thomas Lether, WSBA #18089 |
| Ann Y. Gong, WSBA #50864 | Geraldine A. T. Enrico, WSBA #54917 |
| 1420 Fifth Avenue, Suite 3100 | 1848 Westlake Avenue N., Suite 100 |
| Seattle, WA 98101-1337 | Seattle, WA 98109 |
| T: 206.319.7052 | T: 206.467.5444  F: 206.467.5544 |
| E: bhoff@buchalter.com | E: tlether@letherlaw.com |
| E: agong@buchalter.com | E: genrico@letherlaw.com |
| *Attorneys for Plaintiff Northwest Pipe Company* | *Attorneys for Defendants The Phoenix Insurance Company and Travelers Property Casualty Company of America* |

JOINT STATUS REPORT AND ORDER REGARDING SETTLEMENT AND DISMISSAL - 2
CASE NO.: 21-5652

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

| | |
|---|---|
| FORSBERG UMLAUF, P.S. | NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP |
| /s/*Stephanie Andersen* <br> Stephanie Andersen, WSBA #22250 <br> Sally A. Clements, WSBA #54502 <br> 901 Fifth Avenue, Suite 1400 <br> Seattle, WA  98164 <br> T:  206.689.8500  F:  206.689.8501 <br> E:  SAndersen@FoUm.law <br> E:  SClements@FoUm.law <br> *Attorneys for Defendant Allied World National Assurance Company* | /s/*Ian A. Cooper* <br> Ian A. Cooper, Bar #6292599 <br> Alida Pecanin, Bar #6330275 <br> 10 South Wacker Drive, Suite 2100 <br> Chicago, IL  60606 <br> T:  312.585.1400  F:  312.585.1401 <br> E:  icooper@nicolaidesllp.com <br> E:  apecanin@nicolaidesllp.com <br> *Attorneys for Defendant Allied World National Assurance Company Admitted Pro Hac Vice* |

## I.   ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED:

Dated this 13th day of October, 2022.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Jointly Presented by:
BUCHALTER PC

/s/*Bradley Hoff*
Bradley Hoff, WSBA #23974
Ann Y. Gong, WSBA #50864
1420 Fifth Avenue, Suite 3100
Seattle, WA  98101-1337
E:  bhoff@buchalter.com
E:  agong@buchalter.com
*Attorneys for Plaintiff Northwest Pipe Company*

JOINT STATUS REPORT AND ORDER REGARDING SETTLEMENT AND DISMISSAL - 3
CASE NO.: 21-5652

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA  98101-1337
TELEPHONE: 206.319.7052

LETHER LAW GROUP

/s/*Thomas Lether*
Thomas Lether, WSBA #18089
Geraldine A. T. Enrico, WSBA #54917
1848 Westlake Avenue N., Suite 100
Seattle, WA  98109
E:  tlether@letherlaw.com
E:  genrico@letherlaw.com
*Attorneys for Defendants The Phoenix Insurance Company and Travelers Property Casualty Company of America*

FORSBERG UMLAUF, P.S.

/s/*Stephanie Andersen*
Stephanie Andersen, WSBA #22250
Sally A. Clements, WSBA #54502
901 Fifth Avenue, Suite 1400
Seattle, WA  98164
E:  SAndersen@FoUm.law
E:  SClements@FoUm.law
*Attorneys for Defendant Allied World National Assurance Company*

NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP

/s/*Ian A. Cooper*
Ian A. Cooper, Bar #6292599
Alida Pecanin, Bar #6330275
10 South Wacker Drive, Suite 2100
Chicago, IL  60606
E:  icooper@nicolaidesllp.com
E:  apecanin@nicolaidesllp.com
*Attorney for Allied World National Assurance Company*
*Admitted Pro Hac Vice*

JOINT STATUS REPORT AND ORDER REGARDING SETTLEMENT AND DISMISSAL - 4
CASE NO.: 21-5652

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA  98101-1337
TELEPHONE: 206.319.7052