Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHWEST PIPE COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE PHOENIX INSURANCE COMPANY, a foreign insurer authorized by the Washington insurance commissioner, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurer authorized by the Washington insurance commissioner, and ALLIED WORLD NATIONAL ASSURANCE COMPANY, a foreign insurer authorized by the Washington insurance commissioner,<br><br>Defendants. | Case No.: 21-05652 BHS<br><br>**STIPULATED MOTION AND ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |

## I.  STIPULATED MOTION

Pursuant to Fed. R. Civ. P. 41(a)(2), this Stipulated Motion and [Proposed] Order is filed on behalf of Plaintiff Northwest Pipe Company and Defendants The Phoenix Insurance Company, Travelers Property Casualty Company of America, and Allied World National Assurance Company (collectively, the "Parties"). It is hereby stipulated and agreed to by the Parties, through their undersigned attorneys of record, that this action, including all claims that were or could have been asserted by any of the Parties with respect to the subject matter

STIPULATED MOTION AND ORDER DISMISSING ALL CLAIMS WITH PREJUDICE - 1
CASE NO.: 21-5652
40645\16114816.2

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

of this action, shall be dismissed with prejudice without an award of attorney fees or costs to any of the Parties herein.

Respectfully submitted this 16th day of October, 2023.

| BUCHALTER PC | LETHER LAW GROUP |
|---|---|
| /s/*Bradley Hoff*<br>Bradley Hoff, WSBA #23974<br>1420 Fifth Avenue, Suite 3100<br>Seattle, WA 98101-1337<br>T: 206.319.7052<br>E: bhoff@buchalter.com<br>*Attorneys for Plaintiff Northwest Pipe Company* | /s/*Thomas Lether*<br>Thomas Lether, WSBA #18089<br>Geraldine A. T. Enrico, WSBA #54917<br>1848 Westlake Avenue N., Suite 100<br>Seattle, WA 98109<br>T: 206.467.5444  F: 206.467.5544<br>E: tlether@letherlaw.com<br>E: genrico@letherlaw.com<br>*Attorneys for Defendants The Phoenix Insurance Company and Travelers Property Casualty Company of America* |
| FORSBERG UMLAUF, P.S. | NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP |
| /s/*Stephanie Andersen*<br>Stephanie Andersen, WSBA #22250<br>Sally A. Clements, WSBA #54502<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164<br>T: 206.689.8500  F: 206.689.8501<br>E: SAndersen@FoUm.law<br>E: SClements@FoUm.law<br>*Attorneys for Defendant Allied World National Assurance Company* | /s/*Ian A. Cooper*<br>Ian A. Cooper, Bar #6292599<br>Alida Pecanin, Bar #6330275<br>10 South Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>T: 312.585.1400  F: 312.585.1401<br>E: icooper@nicolaidesllp.com<br>E: apecanin@nicolaidesllp.com<br>*Attorneys for Defendant Allied World National Assurance Company Admitted Pro Hac Vice* |

STIPULATED MOTION AND ORDER DISMISSING ALL CLAIMS WITH PREJUDICE - 2
CASE NO.: 21-5652
40645\16114816.2

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

## II.  ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED:

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Jointly Presented by:

BUCHALTER PC

/s/*Bradley Hoff*
Bradley Hoff, WSBA #23974
1420 Fifth Avenue, Suite 3100
Seattle, WA  98101-1337
E:  bhoff@buchalter.com
*Attorneys for Plaintiff Northwest Pipe Company*


LETHER LAW GROUP

/s/*Thomas Lether*
Thomas Lether, WSBA #18089
Geraldine A. T. Enrico, WSBA #54917
1848 Westlake Avenue N., Suite 100
Seattle, WA  98109
E:  tlether@letherlaw.com
E:  genrico@letherlaw.com
*Attorneys for Defendants The Phoenix Insurance Company and Travelers Property Casualty Company of America*

STIPULATED MOTION AND ORDER DISMISSING ALL CLAIMS WITH PREJUDICE - 3
CASE NO.: 21-5652
40645\16114816.2

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA  98101-1337
Telephone: 206.319.7052

FORSBERG UMLAUF, P.S.

/s/*Stephanie Andersen*
Stephanie Andersen, WSBA #22250
Sally A. Clements, WSBA #54502
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
E: SAndersen@FoUm.law
E: SClements@FoUm.law
*Attorneys for Defendant Allied World National Assurance Company*

NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP

/s/*Ian A. Cooper*
Ian A. Cooper, Bar #6292599
Alida Pecanin, Bar #6330275
10 South Wacker Drive, Suite 2100
Chicago, IL 60606
E: icooper@nicolaidesllp.com
E: apecanin@nicolaidesllp.com
*Attorney for Allied World National Assurance Company*
*Admitted Pro Hac Vice*

STIPULATED MOTION AND ORDER DISMISSING ALL CLAIMS WITH PREJUDICE - 4
CASE NO.: 21-5652
40645\16114816.2

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052